# United States District Court

**FILED**
OCT - 8 2008

EASTERN DISTRICT OF MISSOURI

U. S. DISTRICT COURT
E DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA

V.

JAMES E. BOYCE

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08mJ 3216 FRB

I, Alan Leah, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 7, 2008, in the City of St. Louis, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

possess a firearm as a previously convicted felon

in violation of Title 18, United States Code, Section 922(g)(1). I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   **X** Yes   No_ No

Sworn to before me, and subscribed in my presence

Signature of Complainant
Alan Leah
Special Agent, ATF

October 8, 2008
Date

at   St. Louis, Missouri
City and State

Signature of Judicial Officer

Frederick R. Buckles
United States Magistrate Judge
Name and Title of Judicial Officer